**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 9:18-cr-00363-BHH** |
| vs. | ) | |
| | ) | |
| **ERNEST CHARLES LOTITO** | ) | **ORDER** |
| | ) | |
| | ) | |
| | ) | |

This matter comes before the Court on Defendant's motions to terminate his conditional release.  ECF Nos. 140, 147.  In this latest motion, Defendant asserts he is compliant with his medications and is medically and psychiatrically stable.  He also asserts he is financially stable and living in long-term, permanent housing.

By way of background, Defendant was charged with two counts of threatening the President of the United States, 18 U.S.C. § 871(a).  ECF No. 1.  Defendant was found not guilty by reason of insanity on January 7, 2019.  ECF No. 47.  Thereafter, Defendant was committed to the custody of the Attorney General to provide treatment with the goal of allowing for his eventual conditional release.  On November 17, 2020, a judgment of acquittal was entered, and Defendant was released in conformity with a separate order of conditional release pursuant to 18 U.S.C. § 4243(f)(2) that also was filed on that date.  ECF Nos. 85, 86.  The conditions of Defendant's release were modified by agreement of the parties in January 2021 and October 2024.  ECF Nos. 99, 139.  In its October 2024 order, the Court indicated it would revisit Defendant's civil commitment one year from the date of the order to determine whether to release Defendant from such commitment.  On May 21, 2025, and again on February 20, 2026, Defendant moved to terminate his conditional release.  ECF Nos. 140, 147.

1

The record now before the Court shows Defendant is compliant with his medications and is well-adjusted with a stable residence. The United States Probation Office and the United States Attorney's Office now support the termination of Defendant's conditional release. ECF No. 149. After careful review of the full record in this matter, the Court grants Defendant's February 20, 2026, motion to terminate his conditional release, ECF No. 147, effective immediately, and dismisses as moot his May 21, 2025, motion seeking the same relief, ECF No. 140.

The Assistant Federal Public Defender, Brendan M. Daniels, shall provide a copy of this order to the Berkeley County Probate Court and shall also provide a copy of this order to the Charleston County Probate Court, should Defendant's probate case be transferred from Berkeley County to Charleston County.

**AND IT IS SO ORDERED.**

s/Bruce H. Hendricks
United States District Judge

March 13, 2026

Charleston, South Carolina

2